1  Roderick L. MacKenzie  SBN 85806
2  1107 Second Street, #330
3  Sacramento, CA 95914
4  Tel:  (916) 448-6436
5  Attorney for Defendants Meeker and Entezari

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Scott Johnson,<br><br>Plaintiff,<br><br>David R. Meeker, Hossein Ali Mahin Entezari and Does 1-10,<br><br>Defendants. | No.  2:14-CV-02790-TLN-AC<br><br>**STIPULATION AND ORDER ENLARGING TIME TO**<br><br>**PLEAD: F.R.C.P RULE 6(B)** |
|---|---|

   Subject to the approval of the court, it is stipulated by counsel for the plaintiff and counsel for the defendants that defendants may have up to and including March 20, 2015, within which to answer the complaint or to file such other pleadings, motions or objections as their counsel may advise.

   Although served with process on or about February 1, 2015, defendants did not retain counsel until February 20, 2015.  This stipulation is made in order to afford defense counsel sufficient time to familiarize himself with the facts and circumstances of the case and to adequately please thereto.

Dated:  February 24, 2015

1

/s/  Phyl Grace
PHYL GRACE, Attorney for Plaintiff

/s/ Roderick L. MacKenzie
RODERICK L. MACKENZIE, Attorney for Defendants Meeker and Entezari

ORDER FOR ENLARGEMENT OF TIME
TO ANSWER COMPLAINT

The plaintiff and defendants having appeared by their attorneys of record and good cause having been shown by defendants and defendants having moved for additional time in which to respond to the complaint on file in the above-entitled cause and the application having been considered by the court,

IT IS ORDERED that defendants' time to answer the complaint in the above-entitled cause is extended to and including March 20, 2015.

Dated:  February 25, 2015

_____
Troy L. Nunley
United States District Judge