YASHA RAHIMZADEH, ESQ. (SB #230487)
LAW OFFICES OF YASHA RAHIMZADEH
980 Ninth Street, 16th Floor, PMB 1021
Sacramento, CA 985814
Telephone: (916) 337-8066
Facsimile: (916) 446-7104
Email: yr_law@hotmail.com

Attorney for Defendants
David R. Meeker and
Hossein Ali Mahin Entezari

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>**David R. Meeker;** <br>**Hossein Ali Mahin Entezari**; and Does 1-10, <br><br>　　　　Defendants | Case No. 2:14-cv-02790-TLN-AC <br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DURING STAY OF PROCEEDINGS** <br><br> Honorable Judge Troy L. Nunley |

## STIPULATION AND ORDER

WHERAS, on June 29, 2016, the Court stayed the above-entitled proceeding and referred it to the Voluntary Dispute Resolution Program (V.D.R.P.);

WHEREAS, prior to the Court's stay the parties had exchanged discovery requests and scheduled the Deposition of Plaintiff Scott Johnson;

WHEREAS; the parties have conferred and agreed to continue discovery until the date, to be set, for V.D.R.P;

NOW, THEREFORE, it is hereby stipulated by and between the Parties through their respective attorneys as follows:

1. Discovery shall continue during the Court's stay of these proceedings, until the date, to be set, for V.D.R.P.

Dated: July 5, 2016                **LAW OFFICES OF YASHA RAHIMZADEH**

By: _____/S/_____
    Yasha Rahimzadeh
    Attorneys for Defendants
    David R. Meeker and
    Hossein Ali Mahin Entezari

Dated: July, 5, 2016                **CENTER FOR DISABILITY ACCESS**

By: /s/ Sara Gunderson
    Sara Gunderson
    Attorneys for Plaintiff
    Scott Johnson

## **ORDER**

    Pursuant to the foregoing stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the Court will allow for discovery to continue during the stay of the proceedings imposed by the Court on June 29, 2016, until the date, to be set, for V.D.R.P.

    **IT IS SO ORDERED.**

Dated: July 11, 2016

                                                  Troy L. Nunley
                                                United States District Judge